IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In re:<br><br>PAMELA J. STOKES,<br><br>Debtor. | CV 21–121–M–DWM<br><br><br><br>ORDER |

The Debtor-Appellant having failed to comply with Rule 8009 of the Rules of Bankruptcy Procedure,

IT IS ORDERED that the October 15, 2021 briefing schedule (Doc. 2) is VACATED. Debtor-Appellant has until November 24, 2021 to follow the procedure outlined in Rule 8009. The Clerk is directed to provide a copy of this Order to the Bankruptcy Court.

DATED this 3rd day of November, 2021.

Donald W. Molloy, District Judge
United States District Court