IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In re:<br><br>PAMELA J. STOKES,<br><br>        Debtor. | CV 21–121–M–DWM<br><br><br><br>ORDER |

On October 14, 2021, this appeal was transferred to this Court from the United States Bankruptcy Appellate Panel for the Ninth Circuit. (Doc. 1.) On September 28, 2021, United States Bankruptcy Judge Whitman L. Holt dismissed the debtor's chapter 13 bankruptcy petition and barred her from refiling any further bankruptcy petitions until September 29, 2023. (*See* Doc. 1-1 at 5–11; *see also* Bankr. Case No. 9:21-bk-90126-WLH, Doc. 64.) The debtor, Pamela J. Stokes, appeals that decision on the grounds that the "bankruptcy court erred when it overturned and ignored a 11 USC 363 (f) sale free and clear of liens and refused to enforce a confirmed plan." (Doc. 1-1 at 3.) However, Stokes failed to designate the record on appeal despite being given additional time to do so. (*See* Doc. 5); *see also* Fed. R. Bankr. P. 8009. Stokes also failed to file an opening appellate brief as ordered. (*See* Doc. 6.) Accordingly,

1

IT IS ORDERED that this appeal is DISMISSED for failure to prosecute.

DATED this 4th day of January, 2022.

_____
Donald W. Molloy, District Judge
United States District Court